Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, AK 99501
Phone: (907) 279-3581
Fax: (907) 277-1331
cld@delaneywiles.com

Attorneys for Defendant, Safeway Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DEBORAH KRIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SAFEWAY, INC., ) | |
| ) | |
| Defendant. ) | Case No. 4:11-cv-_____ |
| _____ ) | |

**NOTICE OF REMOVAL OF CASE FROM STATE COURT**
**(SUPERIOR COURT NO. 4FA-11-1490 CIVIL)**

TO THE DISTRICT COURT OF THE UNITED STATES, DISTRICT OF ALASKA, AND TO PLAINTIFF AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Defendant, SAFEWAY INC. ("Safeway"), pursuant to 28 U.S.C. § 1446, and contemporaneous with the filing of this notice, is effectuating the removal of the action filed in the Superior Court of the State of Alaska, Fourth Judicial District, captioned as *Deborah Krier v. Safeway, Inc.*, Case No. 4FA-11-1490 Civil (the "Superior Court Action") to the United

Notice of Removal of Case From State Court                         Page 1 of 4
*Krier v. Safeway, Inc.*                                   Case No. 4:11-cv-_____
Case 4:11-cv-00002-TMB   Document 1   Filed 04/07/11   Page 1 of 4

States District Court for the District of Alaska. The removal is based on the following grounds:

1. The Superior Court Action was filed on or about March 25, 2011. A true and correct copy of the *Complaint* and *Summons and Judicial Assignment* are attached as **Exhibit A** and are incorporated by this reference.

2. On or about March 28, 2011, the Defendant was served with a copy of the *Complaint*, via certified mail, to its registered agent. A true and correct copy of the *Notice of Service of Process*, is attached as **Exhibit B**.

3. The United States District Court has original jurisdiction over the Superior Court Action based on diversity of citizenship. *See* 28 U.S.C. § 1332.

4. Plaintiff is a resident of Alaska. *See* Complaint at ¶ 1.

5. Defendant is a corporation organized under the laws of the state of Delaware with its principal place of business in Pleasanton, California. Its corporate citizenship is California. *See* 28 U.S.C. § 1332.

6. The amount in controversy exceeds the sum or value of $75,000, exclusive of interests and costs. *See* Complaint, Prayer for Relief ¶ 1.

7. This notice of removal is timely filed under 28 U.S.C. § 1446 as it is filed within 30 days after the receipt by Safeway of a copy of the *Complaint*, which was the initial pleading setting

Notice of Removal of Case From State Court  Page 2 of 4
*Krier v. Safeway, Inc.*  Case No. 4:11-cv-_____
Case 4:11-cv-00002-TMB   Document 1   Filed 04/07/11   Page 2 of 4

forth the claim for relief upon which the Superior Court Action is based.

8. Safeway expressly consents to this notice of removal.

9. In compliance with 28 U.S.C. 1446(d), Safeway: (i) hereby gives its written notice to Plaintiff of the removal; and (ii), is filing the *Notice to Superior Court of Filing Notice of Removal* attached as **Exhibit C** with the clerk of the state court contemporaneously with this notice in federal court.

10. In compliance with 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served on Safeway in the Superior Court Action to date are attached to this notice as Exhibit A (*i.e.*, the *Complaint* and *Summons and Judicial Assignment*).

DATED this 6th day of April, 2011, at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for Defendant

/s/ Cynthia L. Ducey
1007 West 3rd Avenue, Suite 400
Anchorage, AK  99501
Phone: (907) 279-3581
Fax:   (907) 277-1331
cld@delaneywiles.com
Alaska Bar No. 8310161

Notice of Removal of Case From State Court                          Page 3 of 4
*Krier v. Safeway, Inc.*                               Case No. 4:11-cv-_____
Case 4:11-cv-00002-TMB   Document 1   Filed 04/07/11   Page 3 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April, 2011, a copy of foregoing document was served by mail on:

  Kenneth P. Ringstad
  Paskvan & Ringstad, P.C.
  P.O. Box 73888
  Fairbanks, AK  99707

/s/Cynthia L. Ducey
4810-9710-1577, v.  1

Notice of Removal of Case From State Court　　　　　　　　　　　　　　Page 4 of 4
*Krier v. Safeway, Inc.*　　　　　　　　　　　　　　　　　　　Case No. 4:11-cv-_____
Case 4:11-cv-00002-TMB   Document 1   Filed 04/07/11   Page 4 of 4