IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT

DEBORAH KRIER,              )
                            )
     Plaintiff,             )
                            )
vs.                         )
                            )
SAFEWAY, INC.,              )
                            )
     Defendant.             )
_____)
Case No. 4FA-11-1441 Civil

## COMPLAINT

COMES NOW the plaintiff, Debra Krier, by and through her attorneys, Paskvan & Ringstad, P.C., and for her complaint against Safeway, Inc. states and alleges as follows:

1. Plaintiff is a resident of the State of Alaska residing at or near Fairbanks, Alaska.

2. Defendant is a corporation which does business in the Fourth Judicial District of Alaska at or near Fairbanks, Alaska.

3. The incident which the subject of this action occurred in the Fourth Judicial district of the State of Alaska at or near Fairbanks, Alaska.

4. On November 17, 2010, defendant owned and operated a store in Bentley Mall in Fairbanks, Alaska.

5. On November 17, 2010, plaintiff went to defendant's place of business located at Bentley Mall in Fairbanks, Alaska to, among other things, purchase food.

6. On November 17, 2010, plaintiff slipped and fell on an

Krier v. Safeway, Inc./4297-001/25March2011/KPR/tkt
COMPLAINT, PAGE 1 OF 4

Exhibit A
Page 1 of 8 pages

ice while attempting to enter defendant's store in Bentley Mall.

7. The ice on which plaintiff slipped and fell created an unsafe and hazardous condition.

8. Defendant knew or should have known of the presence of the ice on which plaintiff slipped and fell.

9. On November 17, 2010, before plaintiff slipped and fell, defendant did not take any actions to warn or notify customers entering its premises of the ice on which plaintiff slipped and fell.

10. Defendant had a duty to maintain its premises and the ingress and egress thereto, including the area where plaintiff slipped and fell, in a safe condition and free of hazardous/dangerous conditions.

11. On November 17, 2010, defendant failed to maintain its premises and the ingress and egress thereto in a safe condition and free of hazardous conditions.

12. Defendant intended its customers to use the entrance plaintiff was using at the time of her slip and fall which is the subject of this action.

13. Defendant intended its customers to walk where plaintiff was walking at the time of her slip and fall which is the subject of this action.

14. Defendant knew or should have known its customers would walk where plaintiff was walking at the time for her slip and fall which is the subject of this action.

15. The presence of ice where retail customers are known to walk creates a dangerous condition.

16. The presence of ice where customers are known and intended to walk expose defendant's customers, including plaintiff, to unreasonable risk of harm.

17. The sole and legal cause of plaintiff's slip and fall was defendants' negligence and such other fault which may be proved at trial.

18. As a direct and proximate result of defendant's negligence and other fault which may be proved at trial, plaintiff sustained injuries and suffered damages, in an amount in the excess of $100,000.00, including, but are not limited to the following: medical expenses, past and future [to the extent that the subrogated interest is not held by plaintiff's med pay carrier or insurer]; lost wages, past and future; pain and suffering, past and future; lost enjoyment of life, past and future; and such other and further damages as may be proved at trial.

WHEREFORE plaintiff prays for relief as follows:

1. An award of compensatory damages in an amount, in the excess of $100,000.00, to be proved.

2. An award of fees and costs incurred in having to bring this action.

3. For such other and further relief as this court deems just and equitable.

Krier v. Safeway, Inc./4297-001/25March2011/KPR/tkt
COMPLAINT, PAGE 3 OF 4

Exhibit A

DATED at Fairbanks, Alaska this 25 day of March, 2011.

PASKVAN & RINGSTAD, P.C.
Attorneys for Plaintiff

_____
Kenneth P. Ringstad
AK Bar No. 8011109

PASKVAN & RINGSTAD
A PROFESSIONAL CORPORATION
714 4th Avenue, Suite 301
PO Box 73888, Fairbanks, AK 99707
(907) 452-1205 • Fax (907) 456-6396

Krier v. Safeway, Inc./4297-001/25March2011/KPR/tkt
COMPLAINT, PAGE 4 OF 4

Exhibit A
Page 1 of 8 pages

SERVICE COPY

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT

DEBORAH KRIER, )
)
    Plaintiff, )
)
vs. )
)
SAFEWAY, INC., )
)
    Defendant. )
_____ )
Case No. 4FA-11- 1490 Civil

## SUMMONS AND JUDICIAL ASSIGNMENT

TO SAFEWAY, INC:

    You are hereby summoned and required to file with the Court an Answer to the Complaint which accompanies this Summons. Your Answer must be filed with the Court at 101 Lacey Street, Fairbanks, Alaska, 99701, within 20 days after you receive this Summons. In addition, a copy of your Answer must be sent to the plaintiff's attorney, Kenneth P. Ringstad, of Paskvan & Ringstad, P.C., 714 Fourth Avenue, Suite 301, Fairbanks, Alaska, 99701.

    If you fail to file your Answer within the required time, a default judgment may be entered against you for the relief demanded in the Complaint.

    If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number (TF-955)*,

Paskvan & Ringstad
A PROFESSIONAL CORPORATION
714 4th Avenue, Suite 301
PO Box 73888, Fairbanks, AK 99707
(907) 452-1205 • Fax (907) 456-6396

Krier v. Safeway, Inc./4297-001/25March2011/KPR/tkt
SUMMONS & JUDICIAL ASSIGNMENT, Page 1 of 2    Exhibit A



available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm , to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P.5(i).

☑ This case has been assigned to Superior Court Judge Olsen.

☐ This case has been assigned to District Court Judge _____.

☐ This is a District Court case and will be assigned to an available judge.

DATED at Fairbanks, Alaska, this 25 day of March, 2011.

RUTH MEIER
CLERK OF THE TRIAL COURTS

By: _____
      Deputy Clerk

Krier v. Safeway, Inc./4297-001/25March2011/KPR/tkb
SUMMONS & JUDICIAL ASSIGNMENT, Page 2 of 2

Exhibit A



# CASE DESCRIPTION – SUPERIOR COURT

Case Number: 4FA-11-1490CI

Check the box that best describes the case. Mark **one** box only. For district court cases, use form CIV-125D.

| SUPERIOR COURT MATTERS | |
|---|---|
| **CIVIL – SUPERIOR COURT** | **FORCIBLE ENTRY AND DETAINER – SUPERIOR COURT** |
| **CONTRACT** – *Contract cases involving real property should be reported under the real property category.*<br>☐ Debt Collection (CISDEB)<br>☐ Claim Against Seller of Goods/Services (CISCLAIM)<br>☐ Employment Dispute (CISEMP)<br>☐ Other Contract (CISOCT) | ☐ Eviction – F.E.D. (CISFED)<br><br>**FOREIGN JUDGMENT – SUPERIOR COURT**<br>☐ Registration of Foreign Judgment (CISFOJ)<br><br>**POST-CONVICTION RELIEF TO SUPERIOR COURT**<br>☐ Post-Conviction Relief (CISPCR) |
| **TORT**<br>☐ Intentional Tort (e.g., assault, battery, vandalism) (CISIT)<br>☐ Slander/Libel/Defamation (CISSLD)<br>☐ Product Liability (CISPL)<br>☐ Wrongful Death (CISPID)<br>Automobile Negligence:<br>  ☐ Personal Injury Only (CISPIA)<br>  ☐ Property Damage Only (CISPDA)<br>  ☐ Both (CISIDA)<br>Other Negligence:<br>  ☒ Personal Injury Only (CISPIO)<br>  ☐ Property Damage Only (CISPDO)<br>  ☐ Both (CISIDO) | **DOMESTIC RELATIONS**<br><br>**DIVORCE WITHOUT CHILDREN**<br>☐ Divorce Without Children (CISDIV)<br><br>**DIVORCE OR CUSTODY WITH CHILDREN**<br>☐ Petition for Custody (CISCUS)<br>☐ Divorce With Children (CISDVC)<br><br>**LEGAL SEPARATION**<br>☐ Legal Separation With Children (CICLS)<br>☐ Legal Separation Without Children (CISLS) |
| **MALPRACTICE**<br>☐ Legal Malpractice (CISLMP)<br>☐ Medical Malpractice (CISMMP)<br>☐ Other Malpractice (CISOMP) | **DOMESTIC RELATIONS OTHER**<br>☐ Ex Parte Application for OSC for Failure to Comply with Admin Order for Genetic Testing (CIOSCP)<br>☐ Action to Modify or Enforce Administrative Child Support Order (CIPCS)<br>☐ Petition for Order re: PFD or Native Dividend (CIPND)<br>☐ Establishment of Paternity (CISPAT)<br>☐ Disestablishment of Paternity (CIDPAT)<br>☐ Foreign Custody Order (Registration, Modification or Enforcement) (DR483)<br>☐ Foreign Support Order (Registration, Modification or Enforcement) (CIUIFSA)<br>☐ Registration of Foreign Domestic Relations Order (Not Support or Custody) (CIDRFJ)<br>☐ Petition for Annulment (CIANNUL)<br>☐ Petition for Visitation (CIVIS) |
| **REAL PROPERTY**<br>☐ Foreclosure (CISFOR)<br>☐ Condemnation (CISCNDM)<br>☐ Real Property Action (CISREM) | |
| **OTHER CIVIL**<br>☐ Arbitration Proceeding (CISAP)<br>☐ Confession of Judgment (CISCCONF)<br>☐ Declaratory Judgment/Injunc. Relief (CISINJ)<br>☐ OSC Request – Admin Agency (CIOSC)<br>☐ Civil Bench Warrant Request – Admin Agency (CIBW)<br>☐ Writ of Habeas Corpus (CIWHC)<br>☐ Election Contest or Recount Appeal (CISELE)<br>☐ Other Civil Complaint (CISOCI). Describe: | |

Case Description Form – Superior Court

CIV-125S CourtView (2-sided) (10/8/04)    Exhibit A

Page 7 of 8 pages

## SUPERIOR COURT MATTERS

### SUPERIOR COURT MISCELLANEOUS PETITION

☐ Other Superior Court Petition (CISPET)

### APPEAL & REVIEW MATTERS IN THE SUPERIOR COURT

### ADMINISTRATIVE AGENCY APPEAL

☐ DMV Appeal (CIADDMV)
☐ Administrative Agency Appeal (CIADR)
☐ Employment Security Appeal (CIADRESA)

### APPEAL FROM DISTRICT COURT

☐ Civil or Small Claims Appeal (CIACI)
☐ Criminal Merit Appeal (CIACRM)
☐ Criminal Sentence Appeal (CIACRS)
☐ Minor Offense Appeal (CIAMO)

### PETITION FOR REVIEW TO SUPERIOR COURT

☐ Petition for Review from Admin. Agency (CIPRA)
☐ Petition for Review from District Court (CIPRD)

### REVIEW ACTIONS

☐ CSED License Review Action (CICSED)

Exhibit A